■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MITCHELL, Appellant. [997 NYS2d 330]—Application by

the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 4, 2002 (*People v Mitchell*, 291 AD2d 942 [2002]), affirming a sentence of the Supreme Court, Kings County, imposed May 11, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Hinds-Radix, Maltese and Barros, JJ., concur.